In the Matter of the Application of PETER ROLLAR, Appellant, for a Peremptory Mandamus Order to Be Directed to GEORGE P. NICHOLSON, as Corporation Counsel of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of the Estate of BRADISH JOHNSON, Appellant, for a Peremptory Mandamus Order against GEORGE P. NICHOLSON, as Corporation Counsel of the City of New York, Respondent, Directing Him to Institute Proceedings, Pursuant to Chapter 1006 of the Laws of 1895 and the Acts Amendatory Thereof, for the Ascertainment and Determination of the Compensation Which Should Justly Be Made to Petitioner for Damages Caused by the Legal Closing and Discontinuance of Former 12th Avenue, etc., Borough of Manhattan, City of New York.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

THEODORE OSMANSKY, Respondent, v. BECK HAZZARD, INC., Appellant.— Order modified by granting motion as to items 1, 8, 10 and 21, in addition to the items allowed in the order appealed from, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. The bill of particulars to be served within ten days from service of order. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WAH DUCK, Otherwise Known as CHING DACK, Appellant.— Order affirmed. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

LIBERTY WATCH CASE CO., INC., Respondent, v. LONDON AND LANCASHIRE INDEMNITY COMPANY OF AMERICA, Appellant.— Order modified by denying motion as to items 4, 5 and 6 in the notice of motion, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. The bill of particulars to be served within ten days from service of order. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

In the Matter of Proving the Last Will and Testament of SARAH A. DELMAR, Deceased.— Decree so far as appealed from and order affirmed, with ten dollars costs and disbursements to the respondents. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of VICTOR E. GARTZ, an Attorney, Appellant, to Compel SAMUEL HOROWITZ, an Attorney, Respondent, to Turn over Certain Moneys.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

THOMAS J. RYAN, Respondent, v. THOMAS F. NELSON, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

THOMAS J. RYAN, Respondent, v. THOMAS F. NELSON, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

FINN HANNEVIG & COMPANY, INC., Respondent, v. MORRIS FRANKEL and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

FINN HANNEVIG & COMPANY, INC., Appellant, v. MORRIS FRANKEL and